IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD CRAWFORD,

       Plaintiff,                  No. CIV S-08-3105 JAM EFB PS[1]

    vs.

WE HALL BUSINESS, et al.,

       Defendants.           <u>ORDER</u>
_____/

       On April 21, 2009, this court ordered plaintiff to show cause, in writing, no later than May 6, 2009, why sanctions should not be imposed due to plaintiff's failure to file an opposition or statement of nonopposition to defendants' pending motions to dismiss. Plaintiff has timely responded and filed two documents (Dckt. Nos. 15 and 16) responsive to the pending motion and order to show cause. The court finds good cause authorizing continuation of this case without the imposition of sanctions. The order to show cause therefore is discharged.

       The court has reviewed the parties' papers and concludes that oral argument would not be of material assistance in assessing the merits of the pending motions. *See* E. D. Cal. L. R. 78-230(h) ("the motion may be submitted upon the record and briefs on file . . . if the Court so

---

[1] This case proceeds before the undersigned pursuant to E. D. Cal. L. R. 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

orders, subject to the power of the Court to reopen the matter for further briefs or oral arguments or both"). Accordingly, the hearing scheduled for May 20, 2009 will be vacated, and the motions submitted for decision on the papers. Should the court later determine that oral argument would be helpful, the matter will be rescheduled for hearing at a time convenient to the parties and their counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. This court's April 21, 2009 order to show cause, Dckt. No. 14, is DISCHARGED.

2. Defendants' motions to dismiss, Dckt. Nos. 9, 10, 11, and plaintiff's opposition thereto, will be submitted for decision on the papers, without oral argument.

3. The hearing on this matter, presently scheduled for May 20, 2009, is VACATED; no personal appearance by any party is required.

IT IS SO ORDERED.

DATED: May 13, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE