1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DONALD CRAWFORD,

11        Plaintiff,                    No. CIV S-08-3105 JAM EFB PS[1]

12        vs.

13  WE HALL BUSINESS, et al.,

14        Defendants.                   <u>ORDER</u>

_____/

15

16        Plaintiff has filed a "motion" asking this court to reconsider its order filed May 13, 2009,

17  which submitted defendants' pending motions to dismiss on the papers without oral argument.

18  Dckt. No. 18.  Plaintiff asks the court to reconsider its decision to vacate a hearing on these

19  matters.  Dckt. No. 19.

20        Contrary to plaintiff's assertion that the court's submission of these matters rested on

21  defendants' request that they sought to appear telephonically, the court reviewed the papers filed

22  on the motion and determined that oral argument would not be of material assistance to the court.

23  ////

24  ////

25  _____

26  [1]  This case proceeds before the undersigned pursuant to E. D. Cal. L. R. 72-302(c)(21)
and 28 U.S.C. § 636(b)(1).

1   For that reason, the hearing was vacated.[2]

2       Accordingly, plaintiff's "Motion for Oral Conference in Chambers," Dckt. No. 19, is

3   HEREBY DENIED.

4       SO ORDERED.

5   DATED:  October 6, 2009.

        EDMUND F. BRENNAN
6       UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24       [2] Secondarily, the court will consider the fact that plaintiff was previously prohibited
     from entering the Ninth Circuit Court of Appeals courthouse, based on verbal threats to staff, in
25   determining whether and how to set court appearances in this case.  See Def.'s Mot. to Dism., at
     3:18-4:1 and Ex. C.  As for the instant motions, the merits of the pending motions may fully be
26   considered on the submitted papers, for the reasons previously stated.

                                        2